HEATHER E. WILLIAMS, State Bar #122664
Federal Defender
RACHELLE BARBOUR, State Bar #185395
Attorney
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org

Attorneys for Defendant
MICHAEL ANAYA-OTERO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>  v.<br><br>MICHAEL ANAYA-OTERO,<br><br>          Defendant. | No. 2:18-cr-00015-JAM<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE<br><br>Dated: June 19, 2018<br>Time: 9:15 a.m.<br>Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, AUDREY HEMESATH, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, attorney for Defendant, MICHAEL ANAYA-OTERO , that the status conference set for Tuesday, April 10, 2018 be continued to Tuesday, June 19, 2018 at 9:15 a.m.

The reason for this continuance is that Mr. Anaya-Otero first appeared in this district a month ago. Defense counsel has received discovery from the government, but certain items, including Mr. Anaya-Otero's own statement and the forensic report of his cell phone, must be viewed at the U.S. Attorney's Office. Both counsel have taken steps to enable that review. Review of this critical discovery is necessary for defense counsel to advise Mr. Anaya-Otero in this matter.

The parties stipulate that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial. Speedy trial time is to be excluded from the date of this order through the date of the status conference set for June 19, 2018, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: April 6, 2018          HEATHER E. WILLIAMS
                              Federal Defender

                              /s/ Rachelle Barbour
                              RACHELLE BARBOUR
                              Attorney for Defendant
                              MICHAEL ANAYA-OTERO

DATED: April 6, 2018          McGREGOR W. SCOTT
                              United States Attorney

                              /s/ Rachelle Barbour for
                              AUDREY HEMESATH
                              Assistant U.S. Attorney
                              Attorney for Plaintiff

## O R D E R

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, up to and including June 19, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) T4 (reasonable time for counsel to prepare). It is further ordered that the April 10, 2018 status conference shall be continued until June 19, 2018, at 9:15 a.m.

DATED: April 6, 2018

                              /s/ John A. Mendez
                              HON. JOHN A. MENDEZ
                              United States District Court Judge