| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | RACHELLE BARBOUR, #185395 |
| | Attorney |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700/Fax 916-498-5710 |
| | rachelle.barbour@fd.org |
| 5 | |
| 6 | Attorneys for Defendant |
| | MICHAEL ANAYA-OTERO |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | Case No. 2:18-cr-015-JAM |
| | Plaintiff, | |
| | | STIPULATION AND ORDER |
| v. | | CONTINUING STATUS CONFERENCE |
| MICHAEL ANAYA-OTERO, | | Dated: June 19, 2018 |
| | | Time: 9:15 a.m. |
| | Defendant. | Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Audrey Hemesath, Assistant United States Attorney, attorney for Plaintiff, and Rachelle Barbour, attorney for Defendant, Michael Anaya-Otero, that the status conference set for June 19, 2018 be continued to August 7, 2018 at 9:15 a.m.

The reason for this continuance is that defense counsel has received discovery from the government, but certain items, including Mr. Anaya-Otero's own statement and the forensic report of his cell phone, must be viewed at the United States Attorney's Office. Both counsel have taken steps to enable that review. Review of this critical discovery is necessary for defense counsel to advise Mr. Anaya-Otero in this matter.

The parties stipulate that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial. Speedy trial time is to be excluded from the date of this order through the date of the status conference set for August 7, 2018, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

-1-

| | | |
|---|---|---|
| 1 | DATED: June 15, 2018 | HEATHER E. WILLIAMS<br>Federal Defender |
| 2 | | |
| 3 | | /s/ Rachelle Barbour<br>RACHELLE BARBOUR |
| 4 | | Attorney for Defendant<br>MICHAEL ANAYA-OTERO |
| 5 | | |
| 6 | DATED: June 15, 2018 | McGREGOR W. SCOTT<br>United States Attorney |
| 7 | | /s/ Rachelle Barbour for |
| 8 | | AUDREY HEMESATH<br>Assistant United States Attorney<br>Attorney for Plaintiff |

# **O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, up to and including August 7, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) T4 (reasonable time for counsel to prepare). It is further ordered that the June 19, 2018 status conference shall be continued until August 7, 2018, at 9:15 a.m.

DATED: June 15, 2018

/s/ John A. Mendez_____
HON. JOHN A. MENDEZ
United States District Court Judge