| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | RACHELLE BARBOUR, #185395 |
| | Attorney |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700/Fax 916-498-5710 |
| | rachelle.barbour@fd.org |

Attorneys for Defendant
MICHAEL ANAYA-OTERO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-015-JAM |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | |
| MICHAEL ANAYA-OTERO, | Dated: September 25, 2018 |
| | Time: 9:15 a.m. |
| Defendant. | Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Audrey Hemesath, Assistant United States Attorney, attorney for Plaintiff, and Rachelle Barbour, attorney for Defendant, Michael Anaya-Otero, that the status conference set for August 7, 2018 be continued to September 25, 2018 at 9:15 a.m.

The reason for this continuance is that defense counsel must continue to review multiple forensic images at the government agent's office, conduct investigation, and obtain mitigation evidence. Further, the parties are meeting to discuss a resolution and reduce it to a plea agreement.

The parties stipulate that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial. Speedy trial time is to be

/ / /

/ / /

-1-

excluded from the date of this order through the date of the status conference set for September 25, 2018, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: August 3, 2018  HEATHER E. WILLIAMS
Federal Defender

/s/ Rachelle Barbour
RACHELLE BARBOUR
Attorney for Defendant
MICHAEL ANAYA-OTERO

DATED: August 3, 2018  McGREGOR W. SCOTT
United States Attorney

/s/ Rachelle Barbour for
AUDREY HEMESATH
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, up to and including September 25, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) T4 (reasonable time for counsel to prepare). It is further ordered that the August 7, 2018 status conference shall be continued until September 25, 2018, at 9:15 a.m.

DATED: August 6, 2018

/s/ John A. Mendez_____
HON. JOHN A. MENDEZ
United States District Court Judge