1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  RACHELLE BARBOUR, #185395
   Attorney
3  801 I Street, 3rd Floor
   Sacramento, CA 95814
4  Tel: 916-498-5700/Fax 916-498-5710
   rachelle.barbour@fd.org

Attorneys for Defendant
MICHAEL ANAYA-OTERO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:18-cr-015-JAM |
|---|---|
| Plaintiff, | AMENDED STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | |
| MICHAEL ANAYA-OTERO, | Dated: November 13, 2018<br>Time: 9:15 a.m. |
| Defendant. | Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Audrey Hemesath, Assistant United States Attorney, attorney for Plaintiff, and Rachelle Barbour, attorney for Defendant, Michael Anaya-Otero, that the status conference set for September 25, 2018 be continued to November 13, 2018 at 9:15 a.m.

The reason for this continuance is that defense counsel must continue to review multiple forensic images, conduct investigation, and obtain mitigation evidence. Further, the parties are continuing to discuss a resolution and reduce it to a plea agreement.

The parties stipulate that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial. Speedy trial time is to be

///

///

-1-

excluded from the date of this order through the date of the status conference set for November 13, 2018, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: September 20, 2018     HEATHER E. WILLIAMS
                              Federal Defender

                              /s/ Rachelle Barbour
                              RACHELLE BARBOUR
                              Attorney for Defendant
                              MICHAEL ANAYA-OTERO

DATED: September 20, 2018     McGREGOR W. SCOTT
                              United States Attorney

                              /s/ Rachelle Barbour for
                              AUDREY HEMESATH
                              Assistant United States Attorney
                              Attorney for Plaintiff

# **O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, up to and including November 13, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) T4 (reasonable time for counsel to prepare). It is further ordered that the September 25, 2018 status conference shall be continued until November 13, 2018, at 9:15 a.m.

DATED: September 20, 2018

                                                             /s/ John A. Mendez
                                                             HON. JOHN A. MENDEZ
                                                             United States District Court Judge