HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Attorney
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org

Attorneys for Defendant
MICHAEL ANAYA-OTERO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL ANAYA-OTERO,<br><br>　　　　Defendant. | Case No. 2:18-cr-015-JAM<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE<br><br>Dated: December 11, 2018<br>Time: 9:15 a.m.<br>Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Audrey Hemesath, Assistant United States Attorney, attorney for Plaintiff, and Rachelle Barbour, attorney for Defendant, Michael Anaya-Otero, that the status conference set for November 13, 2018 be continued to December 11, 2018 at 9:15 a.m.

The reason for this continuance is that defense counsel must meet with the case agent at the Department of Homeland Security to review forensic evidence to enable the parties to reach a resolution in the case and reduce it to a plea agreement to be provided to the Court

The parties stipulate that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial. Speedy trial time is to be

/ / /

/ / /

-1-

excluded from the date of this order through the date of the status conference set for December 11, 2018, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: November 8, 2018          HEATHER E. WILLIAMS  
                                                Federal Defender

                                                /s/ Rachelle Barbour  
                                                RACHELLE BARBOUR  
                                                Attorney for Defendant  
                                                MICHAEL ANAYA-OTERO

DATED: November 8, 2018          McGREGOR W. SCOTT  
                                                United States Attorney

                                                /s/ Rachelle Barbour for  
                                                AUDREY HEMESATH  
                                                Assistant United States Attorney  
                                                Attorney for Plaintiff

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, up to and including December 11, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) T4 (reasonable time for counsel to prepare). It is further ordered that the November 13, 2018 status conference shall be continued until December 11, 2018, at 9:15 a.m.

DATED: November 8, 2018

/s/ John A. Mendez_____
HON. JOHN A. MENDEZ
United States District Court Judge