HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Attorney
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org

Attorneys for Defendant
MICHAEL ANAYA-OTERO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL ANAYA-OTERO,<br><br>    Defendant. | Case No. 2:18-cr-015-JAM<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE<br><br>Dated: February 5, 2019<br>Time: 9:15 a.m.<br>Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Audrey Hemesath, Assistant United States Attorney, attorney for Plaintiff, and Rachelle Barbour, attorney for Defendant, Michael Anaya-Otero, that the status conference set for December 11, 2018 be continued to February 5, 2019 at 9:15 a.m.

The reason for this continuance is that defense counsel must meet with the case agent at the Department of Homeland Security to review forensic evidence to enable the parties to reach a resolution in the case and reduce it to a plea agreement to be provided to the Court. Defense counsel anticipates to complete that forensic review in December, and to discuss the findings with Mr. Anaya-Otero and the government.

The parties stipulate that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial. Speedy trial time is to be

/ / /

-1-

excluded from the date of this order through the date of the status conference set for February 5, 2019, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: December 6, 2018          HEATHER E. WILLIAMS
Federal Defender

/s/ Rachelle Barbour
RACHELLE BARBOUR
Attorney for Defendant
MICHAEL ANAYA-OTERO

DATED: December 6, 2018          McGREGOR W. SCOTT
United States Attorney

/s/ Rachelle Barbour for
AUDREY HEMESATH
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, up to and including February 5, 2019, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) T4 (reasonable time for counsel to prepare). It is further ordered that the December 11, 2018 status conference shall be continued until February 5, 2018, at 9:15 a.m.

DATED: December 7, 2018

/s/ John A. Mendez_____
HON. JOHN A. MENDEZ
United States District Court Judge