1 HEATHER E. WILLIAMS, #122664
  Federal Defender
2 RACHELLE BARBOUR, #185395
  Assistant Federal Defender
3 Office of the Federal Defender
  801 I Street, 3rd Floor
4 Sacramento, CA 95814
  Tel: 916-498-5700/Fax 916-498-5710
5 rachelle.barbour@fd.org

6

7 Attorneys for Defendant
  MICHAEL ANAYA-OTERO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-015-JAM |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | |
| MICHAEL ANAYA-OTERO, | Dated: June 25, 2019 |
| Defendant. | Time: 9:15 a.m. |
| | Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Audrey Hemesath, Assistant United States Attorney, attorney for Plaintiff, and Rachelle Barbour, attorney for Defendant, Michael Anaya-Otero, that the status conference set for May 14, 2019 be continued to June 25, 2019 at 9:15 a.m.

The reason for this continuance is that additional defense review of the forensic evidence has disclosed several issues that the parties must discuss prior to resolving this case. The government must conduct further investigation in support of ongoing plea negotiations. Defense counsel is arranging for further review of the forensic evidence at the Homeland Security office. The parties must discuss additional evidence and determine how to reach a resolution. The parties anticipate resolving this case prior to the next status conference.

The parties stipulate that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial. Speedy trial time is to be

excluded from the date of this order through the date of the status conference set for June 25, 2019, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: May 10, 2019	HEATHER E. WILLIAMS
	Federal Defender

	/s/ Rachelle Barbour
	RACHELLE BARBOUR
	Assistant Federal Defender
	Attorney for Defendant
	MICHAEL ANAYA-OTERO

DATED: May 10, 2019	McGREGOR W. SCOTT
	United States Attorney

	/s/ Rachelle Barbour for
	AUDREY HEMESATH
	Assistant United States Attorney
	Attorney for Plaintiff

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, up to and including June 25, 2019, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) T4 (reasonable time for counsel to prepare). It is further ordered that the May 14, 2019 status conference shall be continued until June 25, 2019, at 9:15 a.m.

DATED: May 10, 2019

/s/ John A. Mendez_____
HON. JOHN A. MENDEZ
United States District Court Judge